# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1322

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| Jerry W. West, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: July 6, 2007
Filed: July 10, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jerry W. West appeals the sentence the district court[1] imposed after he pleaded guilty to receiving child pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count 1); possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count 2); and criminal forfeiture of two computers, pursuant to 18 U.S.C. § 2253 (Count 3). The district court sentenced West to concurrent prison terms of 180 months on Count 1 (the statutory minimum) and 120 months on Count 2, and concurrent supervised release terms of life. West's counsel now moves to withdraw and has filed a brief

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

under *Anders v. California*, 386 U.S. 738 (1967), arguing West's sentence on Count 1 is unreasonable under *United States v. Booker*, 543 U.S. 220 (2005). This argument is unavailing. *See United States v. Gregg*, 451 F.3d 930, 937 (8th Cir. 2006) ("*Booker* does not relate to statutorily-imposed sentences").

After reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____